UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 DEC 14  P 2: 52

BALTIMORE

_____ DEPUTY

December 14, 2000

Memo To Counsel Re: Ohio Casualty Group v. United States
Civil No. JFM-99-1799

Marion Moran v. United States
Civil No. JFM-00-2702 ✓

Dear Counsel:

This will confirm the schedule set in these case during the scheduling conference held yesterday.

| | |
|---|---|
| February 9, 2001 | Discovery deadline re liability issues; status report due re whether (1) any summary judgment motion will be filed, and (2) whether a mediation conference with a magistrate judge would be useful |
| March 9, 2001 | Summary judgment motions deadline re liability issues |

This will also confirm that discovery on damages issues will be deferred until I have ruled on the liability issues either by way of summary judgment or at trial.

I am today entering an order lifting the stay that has been filed in Civil Action No. 99-1799.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File