IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARION MORAN, et al. :

: Civil No. JFM 00 CV 2702

    Plaintiffs,

:

v.

:

THE UNITED STATES OF AMERICA

    Defendant. :

...oOo...

### LINE WITHDRAWING DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

On December 14, 2000, Defendant filed a Motion for Entry of Judgment based on Plaintiff Marion Moran's failure to respond to Defendant's counterclaim. On December 15, 2000, H. Barnes Mowell faxed a copy of Plaintiff's Answer to the counterclaim to defense counsel's attention. Therefore, Defendant moves to withdraw the Motion for Entry of Judgment.

        Respectfully submitted,

        Lynne A. Battaglia
        United States Attorney

By:_____
        Jennifer L. Huesman
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        (410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line Withdrawing Motion for Judgment was mailed via certified mail this 15th day of December 2000 to:

Thomas P. Ross, Esq.
R. Roland Brockmeyer, P.A.
532 St. Paul Street
Baltimore, MD 21202

H. Barnes Mowell, Esq.
16918 York Road
Suite 101
Monkton, Maryland 21111

_____
Jennifer Huesman