IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE OHIO CASUALTY GROUP<br>OF INSURANCE COMPANIES<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant | <br><br><br><br><br><br><br><br><br>Civil Action No: JFM-99-1799 |
| MARION MORAN<br>and<br>MATTHEW MORAN<br><br>Plaintiffs/Counterdefendant<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant/Counterplaintiff | <br><br><br><br><br><br><br><br><br>Civil Action No: JFM-00-2702 |

## ORDER

Upon consideration of Ohio Casualty Group's Motion to Consolidate the two captioned cases, and any response thereto, it is hereby ORDERED, this ___ day of _____ 2000, that the stay in the case of Ohio Casualty v. United States, case number JFM-99-1799 is hereby lifted, and the two captioned cases are consolidated for all purposes.

_____
Judge